# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:  FRANCES PANTELIDAKIS    §    Case No.: 06-14815
                                §
                                §
                                §
         Debtor(s)              §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 11/10/2006.

2)  This case was confirmed on 02/21/2007.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/21/2007, 12/16/2009.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 07/13/2007.

5)  The case was dismissed on 03/09/2011.

6)  Number of months from filing to the last payment: 50

7)  Number of months case was pending: 55

8)  Total value of assets abandoned by court order: NA

9)  Total value of assets exempted: $   17,000.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 34,635.65 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 34,635.65 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,999.50 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 2,338.59 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,338.09 |
| Attorney fees paid and disclosed by debtor | $ | 500.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SER | SECURED | NA | 174,989.56 | .00 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | NA | 38,756.13 | 18,091.44 | 18,091.44 | .00 |
| GREEN TREE SERVICING | SECURED | NA | 1,495.70 | 1,495.70 | 1,495.70 | .00 |
| SELECT PORTFOLIO SER | SECURED | NA | 5,505.49 | 5,605.49 | 5,605.49 | .00 |
| MANHATTAN BUILDING C | OTHER | NA | NA | NA | .00 | .00 |
| THOMAS R HITCHCOCK | PRIORITY | 1,626.00 | NA | NA | .00 | .00 |
| ACA RECOVERY | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 524.02 | 2,321.48 | 2,321.48 | 389.29 | .00 |
| AMERICAN EXPRESS CEN | UNSECURED | 6,392.00 | 6,308.54 | 6,308.54 | 1,057.87 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 316.00 | 400.64 | 400.64 | 67.18 | .00 |
| B & L MARKETING | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 911.00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 286.00 | NA | NA | .00 | .00 |
| BLOOMINGDALES | UNSECURED | 809.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 365.00 | 262.00 | 262.00 | 30.65 | .00 |
| CITIBANK USA | UNSECURED | 1,497.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL SVC | UNSECURED | 13,715.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 8,093.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | NA | 40,399.91 | .00 | .00 | .00 |
| COLLEGIATE FUNDING S | OTHER | NA | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 598.00 | 634.81 | 634.81 | 106.45 | .00 |
| GE CONSUMER FINANCE | UNSECURED | 3,545.00 | 3,545.60 | 3,545.60 | 594.55 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 487.00 | 447.36 | 447.36 | 75.02 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HSBC/BRGNR | UNSECURED | 214.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 787.00 | 367.90 | 367.90 | 61.70 | .00 |
| I COLLECT | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| ILLINOIS LENDING COR | UNSECURED | 1,198.95 | 744.29 | 744.29 | 124.82 | .00 |
| IMAGINE/FBOFD | OTHER | NA | NA | NA | .00 | .00 |
| THE LOAN SHOP | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| FEDERATED RETAIL HOL | UNSECURED | NA | 314.76 | 314.76 | 52.77 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 823.00 | 823.17 | 823.17 | 138.03 | .00 |
| NORTHWAY FINANCIAL C | UNSECURED | 1,143.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,327.76 | NA | NA | .00 | .00 |
| TRIBUTE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 1,384.00 | 1,384.36 | 1,384.36 | 232.15 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 6,115.00 | NA | NA | .00 | .00 |
| ZIPCASH LOANS | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| DISTRICT FINANCIAL S | UNSECURED | NA | 1,415.99 | 1,415.99 | 237.45 | .00 |
| ILLINOIS LENDING COR | UNSECURED | NA | 831.81 | 831.81 | 139.47 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 357.36 | 357.36 | 59.92 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 316.29 | 316.29 | 53.03 | .00 |
| NATIONAL LOAN RECOVE | UNSECURED | NA | 813.39 | 813.39 | 136.38 | .00 |
| ECAST SETTLEMENT COR | SECURED | NA | 725.00 | .00 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 759.84 | 759.84 | 127.41 | .00 |
| COLLEGIATE FUNDING S | OTHER | NA | NA | NA | .00 | .00 |
| MARSHALL FIELDS | OTHER | NA | NA | NA | .00 | .00 |
| PDL FINANCIAL SERVIC | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 273.14 | 273.14 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 1,420.79 | 1,420.79 | 1,420.79 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 47.60 | 47.60 | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | NA | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 18,091.44 | 18,091.44 | .00 |
| Mortgage Arrearage | 7,101.19 | 7,101.19 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 25,192.63 | 25,192.63 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,420.79 | 1,420.79 | .00 |
| **TOTAL PRIORITY:** | 1,420.79 | 1,420.79 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 22,370.33 | 3,684.14 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,338.09 |
| Disbursements to Creditors | $ | 30,297.56 |
| **TOTAL DISBURSEMENTS:** | $ | 34,635.65 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/07/2011                                                    /s/ Tom Vaughn
                                                                                        Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**